UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UMB BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> MIDCON GATHERING, LLC; HAWKEYE EXPLORATION & PRODUCTION, LLC; <br><br> and <br><br> ADDITIONAL INDIVIDUALS OR ENTITIES, BOTH KNOWN AND UNKNOWN, THAT CLAIM AN INTEREST IN THE FUNDS (THE "UNKNOWN DEFENDANTS"), <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:26-cv-00592-N |

## DEFENDANT SABALO II ENERGY, LLC'S MOTION TO DISMISS

Defendant Sabalo II Energy, LLC ("Sabalo") files this Motion to Dismiss UMB Bank, N.A. ("UMB")'s First Amended Complaint for Interpleader pursuant to Federal Rule of Civil Procedure 12(b)(1). In accordance with Local Rule 7.1(d), this motion is accompanied by a brief that sets forth the arguments and authorities Sabalo relies on in support of this motion.

Dated:  May 18, 2026

Respectfully submitted,

/s/ Timothy S. McConn
Timothy S. McConn
State Bar No. 24032713
tmccon@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas  77002
(713) 632-8000

*Attorneys for Defendant Sabalo II Energy, LLC*

- 2 -

**Certificate of Service**

I certify that on May 18, 2026, a copy of this document was served on all counsel of record using the Court's e-filing system.

*/s/ Timothy S. McConn*

Timothy S. McConn